**Order entered November 29, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00326-CV

### MICHAEL A. RUFF, ET AL., Appellants

### V.

### SUZANN RUFF, ET AL., Appellees

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-02825-1**

## ORDER

Before the Court is the November 28, 2018 third request of Jackie Galindo, Official Court Reporter for Probate Court No. 1, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **December 28, 2018**.

We expressly caution Ms. Galindo that further extension requests will be strongly disfavored.

/s/    ADA BROWN
JUSTICE